**Order entered May 1, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00538-CV

## IN RE PATRICK DOAK, JERRY ZEMANSKI AND STEVEN BIN, Relators

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-00538-2013**

## ORDER

The Court has before it relators' petition for writ of mandamus. The Court requests that

real party in interest and respondent file any responses by May 10, 2013.

/s/     DOUGLAS S. LANG
       JUSTICE